**Fill in this information to identify the case:**

Debtor name    DIBELLA GENERAL CONTRACTORS, LLC

United States Bankruptcy Court for the:   Eastern District of Pennsylvania

                                            (State)

Case number (If known):   20-11152

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .............................................................................    $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .............................................................................    $ _____ 262,500.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................................................    $ _____ 262,500.00

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................    $ _____ 9,250.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................................................    $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .............................................    +$ _____ 44,300.00

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b      $ _____ 53,550.00

**Fill in this information to identify the case:**

Debtor name     DIBELLA GENERAL CONTRACTORS, LLC

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known):     20-11152

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | RHOADS INDUSTRIES, INC. 1900 KITTY HAWK AVE. SUITE 108 EAST Philadelphia, PA, 19112 | | Suppliers or Vendors | | | | 12,000.00 |
| 2 | SPECIALTY ENGINE REBUILDING, INC. P.O. BOX 17769 5201 UNRUH AVE Philadelphia, PA, 19135 | | Services | | | | 9,000.00 |
| 3 | COVANTA ENERGY HOLDING CORPORATION 445 SOUTH STREET Morristown, NJ, 07960 | | Utility Services | | | | 8,000.00 |
| 4 | VERLIANCE 43406 BUSINESS PARK DRIVE Temecula, CA, 92590 | | Collection Agency | | | | 7,000.00 |
| 5 | TENAGLIA AND HUNT 395 W. PASSAIC STREET SUITE 205 Rochelle Park, NJ, 07662 | | PAST DUE INSURANCE | | | | 5,300.00 |
| 6 | EDWARD J.MORAN LUMBER CO. P.O. BOX 480 Kimberton, PA, 19442 | | Suppliers or Vendors | | | | 2,000.00 |
| 7 | ARF RENTAL SERVICES, INC. P.O. BOX 3126 Bridgeport, CT, 06605 | | Suppliers or Vendors | | | | 1,000.00 |
| 8 | 2000 S. 71 ST LLC C/O SIRLIN  LESSER ET AL 123 S. BROAD ST, STE 2100 Philadelphia, PA, 19109 | | RENT | Disputed | | | 0.00 |

| Debtor | DIBELLA GENERAL CONTRACTORS, LLC | | Case number (if known) | 20-11152 |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CHASE CARD SERVICES ATTN: BANKRUPTCY P.O. 15298 Wilmington, DE, 19850 | | Credit Card Debt | | | | 0.00 |
| 10 | US BANK 425 WALNUT STREET Cincinnati, OH, 45202 | | | | | | 0.00 |
| 11 | U.S. DEPARTMENT OF LABOR OFFICE OF SOLICITOR 200 CONSTITUTION AVE, NW Washington, DC, 20210 | | Contributions to employee benefits | | | | 0.00 |
| 12 | SWIFT CAPITAL 3505 SILVERSIDE ROAD Wilmington, DE, 19810 | | | | | | 0.00 |
| 13 | STOLTZFUS ENTERPRISES 34 LAUVER CIRCLE Honey Brook, PA, 19344 | | | | | | 0.00 |
| 14 | JOHN CARDULLO & SONS 703 CHRISTIAN STREET Philadelphia, PA, 19147 | | | Disputed | | | 0.00 |
| 15 | DENNIS C. KELLEY 225 MCCLELLAN ST #A Philadelphia, PA, 19148 | | | | | | 0.00 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name ___DIBELLA GENERAL CONTRACTORS, LLC___

United States Bankruptcy Court for the: ___Eastern District of Pennsylvania___

Case number (If known): ___20-11152___    Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | MACHINERY AND EQUIPMENT AND VEHICLES | FULTON BANK P.O. BOX 4887 Lancaster, PA, 17604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | MACHINERY AND EQUIPMENT AND VEHICLES | US BANK 800 NICOLLET MALL Minneapolis, MN, 55402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | MACHINERY EQUIPMENT AND VEHICLES Lessor | JOHN DEERE CONSTRUCTION ONE JOHN DEERE PLACE Moline, IL, 61265 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  DIBELLA GENERAL CONTRACTORS, LLC

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number (If known):  20-11152

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: DIBELLA GENERAL CONTRACTORS, LLC

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (If known): 20-11152

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 03/01/2020<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☑ Other  LEASING | $ 5,000.00 |
| **For prior year:** | From 12/31/2019<br>MM / DD / YYYY | to | MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 50,000.00 |
| **For the year before that:** | From 12/31/2018<br>MM / DD / YYYY | to | MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 65,000.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 03/01/2020<br>MM / DD / YYYY | to | Filing date | | $ 0.00 |
| **For prior year:** | From 12/31/2019<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ 0.00 |
| **For the year before that:** | From 12/31/2018<br>MM / DD / YYYY | to | MM / DD / YYYY | | $ 0.00 |

| Debtor | DIBELLA GENERAL CONTRACTORS, LLC | Case number *(if known)* 20-11152 |
|---|---|---|
| | Name | |

---

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

   | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | _____ Creditor's name _____ _____ _____ | _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
   | 3.2. | _____ Creditor's name _____ _____ _____ | _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

   | | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | _____ Insider's name _____ _____ | _____ | $_____ | |
   | | **Relationship to debtor** _____ | | | |
   | 4.2. | _____ Insider's name _____ _____ | _____ | $_____ | |
   | | **Relationship to debtor** _____ | | | |

| Debtor | DIBELLA GENERAL CONTRACTORS, LLC | Case number *(if known)* | 20-11152 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | JOHN DEEEARE CONSTRUCTION V. DIBELLA GENERAL CONTRACTORS, LLC | BREACH OF CONTRACT | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>_____ | | BROAD AND MARKET STREET<br>Philadelphia, PA 19102 | |
| 7.2. | Case title | | Court or agency's name and address<br>MAGISTERIAL DISTRICT COURT 38-1-13 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>_____ | BREACH OF CONTRAC | 625 RIDGE PIKE SUITE 101<br>Conshohocken, PA 19428 | |

| Debtor | DIBELLA GENERAL CONTRACTORS, LLC | Case number (if known) | 20-11152 |
|---|---|---|---|
| | Name | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | DIBELLA GENERAL CONTRACTORS, LLC | Case number *(if known)* 20-11152 |
|---|---|---|
| | Name | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor     DIBELLA GENERAL CONTRACTORS, LLC        Case number *(if known)* __20-11152__
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:**  **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| 14.2. | | From _____  To _____ |

Debtor    DIBELLA GENERAL CONTRACTORS, LLC
_____
Name

Case number (if known) 20-11152
_____

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|--------------------------------------------------------------------------|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|-------------------------------------------|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | DIBELLA GENERAL CONTRACTORS, LLC | Case number (*if known*) 20-11152 |
|---|---|---|
| | Name | |

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| Address | | | |

| Debtor | DIBELLA GENERAL CONTRACTORS, LLC | Case number (*if known*) 20-11152 |
|---|---|---|
| | Name | |

---

**Part 11:**     **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

**Part 12:**     **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    DIBELLA GENERAL CONTRACTORS, LLC
_____
          Name

Case number *(if known)* 20-11152
_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

|  | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | MICHAEL AND SONS CONSTRUCTION ( Name | CONSTRUCTION | EIN: _____ Dates business existed From _____  To _____ |
| 25.2. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ Dates business existed From _____  To _____ |
| 25.3. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ Dates business existed From _____  To _____ |

---

| Debtor | DIBELLA GENERAL CONTRACTORS, LLC | Case number (if known) | 20-11152 |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | GIANNA BOJAZI<br>Name<br>2601 SWANSON STREET PHILA. PA  19148 | From 01/01/2018<br><br>To 03/12/2020 |
| 26a.2. | Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Name | From _____<br><br>To _____ |
| 26b.2. | Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | GIANA BOJAZI<br>Name | |

Debtor    DIBELLA GENERAL CONTRACTORS, LLC
_____
          Name

Case number (*if known*) 20-11152
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  _____
        Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.  _____
        Name

| Name and address |
|---|

26d.2.  _____
        Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
       Name

| Debtor | DIBELLA GENERAL CONTRACTORS, LLC | Case number *(if known)* 20-11152 |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| MICHAEL DIBELLA | 2601 SWANSON STREET, Philadelphia, PA 19148 | PRESIDENT | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

Debtor    DIBELLA GENERAL CONTRACTORS, LLC                                    Case number *(if known)* 20-11152
          Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | |
| Name | | |
| | | |
| | | |
| | | |
| Relationship to debtor | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/12/2020
               MM  / DD  / YYYY

✗ /s/ MICHAEL DIBELLA                              Printed name  MICHAEL DIBELLA
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  PRESIDENT

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name    DIBELLA GENERAL CONTRACTORS, LLC       Case number *(if known)*    20-11152

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**MAGISTERIAL DISTRICT COURT 7-1-10**

**9187 NEW FALLS ROAD, Levittown, PA 19054**

**Pending**

-------

**2000 S. 71 ST LLC V. DIBELLA GENERAL CONTRACTORS**

**20-14-001751**

**LANDLORD TENANT**

**PHILADELPHIA COURT OF COMMON PLEAS**

**CITY HALL, Philadelphia, PA 19102**

**Pending**

-------

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   DIBELLA GENERAL CONTRACTORS, LLC                    Case No.  20-11152

                                                            Chapter    11

              Debtor(s)

**Verification of Creditor Matrix**


         The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.



Date:   _____03/12/2020_____            /s/ MICHAEL DIBELLA
                                            _____
                                            Signature of Individual signing on behalf of debtor


                                             PRESIDENT
                                            _____
                                            Position or relationship to debtor

2000 S. 71 ST LLC
C/O SIRLIN  LESSER ET AL
123 S. BROAD ST, STE 2100
Philadelphia, PA 19109

ARF RENTAL SERVICES, INC.
P.O. BOX 3126
Bridgeport, CT 06605

CHASE CARD SERVICES
ATTN: BANKRUPTCY
P.O. 15298
Wilmington, DE 19850

CITY OF PHILADELPHIA
LAW DEPARTMENT
1401 J.F. KENNEDY BOULEVARD
Philadelphia, PA 19102

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
P.O. BOX 281061
Harrisburg, PA 17128

COVANTA ENERGY HOLDING CORPORATION
445 SOUTH STREET
Morristown, NJ 07960

DENNIS C.  KELLEY
225 MCCLELLAN ST
Philadelphia, PA 19148

EDWARD J.MORAN LUMBER CO.
P.O. BOX 480
Kimberton, PA 19442

FULTON BANK
P.O. BOX 4887
Lancaster, PA 17604

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
Philadelphia, PA 19101

JOHN CARDULLO & SONS
703 CHRISTIAN STREET
Philadelphia, PA 19147

JOHN DEERE CONSTRUCTION
ONE JOHN DEERE PLACE
Moline, IL 61265

LINEBARGER, GOGGAN, ET. AL.
P.O. BOX 90128
Harrisburg, PA 17109

MCNESS WALLACE AND NURICK, LLC
CLAYTON W. DAIDSON, ESQ.
100 PINE STREET, P.O. BOX 1166
Harrisburg, PA 17108

RHOADS INDUSTRIES, INC.
1900 KITTY HAWK AVE.
SUITE 108 EAST
Philadelphia, PA 19112

SPECIALTY ENGINE REBUILDING, INC.
P.O. BOX 17769
5201 UNRUH AVE
Philadelphia, PA 19135

STOLTZFUS ENTERPRISES
34 LAUVER CIRCLE
Honey Brook, PA 19344

SWIFT CAPITAL
3505 SILVERSIDE ROAD
Wilmington, DE 19810

TENAGLIA AND HUNT
395 W. PASSAIC STREET
SUITE 205
Rochelle Park, NJ 07662

U.S. DEPARTMENT OF LABOR
OFFICE OF SOLICITOR
200 CONSTITUTION AVE, NW
Washington, DC 20210

US BANK
800 NICOLLET MALL
Minneapolis, MN 55402

US BANK
425 WALNUT STREET
Cincinnati, OH 45202

VERLIANCE
43406 BUSINESS PARK DRIVE
Temecula, CA 92590

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania

**In re** DIBELLA GENERAL CONTRACTORS, LLC

Case No. 20-11152

**Debtor**

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

[ ] RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor          [ ] Other (specify)

4. [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]
FILING OF ALL OFFICIAL BANKRUPTCY FORMS, PLANS, OPERATING REPORTS AND OTHER FORMS REQUIRED BY THE U.S. TRUSTEES
OFFICE OR THE BANKRUPTCY COURT.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
ALL ADVERSARY PROCEEDINGS BROUGHT BY DEBTOR OR DEFENSE OF DEBTOR; ALL PROCEEDINGS TO AVOID LIENS IN BOTH
CHAPTER 7 AND CHAPTER 13; OBJECTIONS TO CREDITOR CLAIMS,  DEFENSE OF MOTIONS FOR RELIEF FROM STAY AND ALL OTHER
DEFENSIVE MOTIONS OR OBJECTIONS.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/12/2020

*Date*

/s/ Maggie Soboleski, 88268

*Signature of Attorney*

Center City Law Offices, LLC

*Name of law firm*

2705 Bainbridge St
Philadelphia, PA 19146
2156202132
msoboles@yahoo.com